**Opinion issued March 26, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00641-CV
_____

**CHINA MIST GARETT, Appellant**

**V.**

**QIANA MANNS, Appellee**

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-86053**

---

## MEMORANDUM OPINION

Appellant, China Mist Garett, seeks to appeal a judgment signed on May 24, 2019 holding appellant in contempt for violation of a prior order. But a contempt judgment is not reviewable on appeal. *See Cline v. Cline*, 557 S.W.3d 810, 812 (Tex. App.—Houston [1st Dist.] 2018, no pet.) ("Decisions in contempt proceedings

cannot be reviewed on direct appeal because contempt orders are not appealable, even when appealed along with a judgment that is appealable, as here."). "A contempt judgment is reviewable only via a petition for writ of habeas corpus (if the contemnor is confined) or a petition for writ of mandamus (if no confinement is involved)." *Id.*; *see In re Office of Atty. Gen. of Tex.*, 215 S.W.3d 913, 915 (Tex. App.—Fort Worth 2007, orig. proceeding) (explaining that contempt orders are not appealable and must be attacked by petition for writ of habeas corpus or writ of mandamus).

On January 14, 2020, the Clerk of this Court notified appellant that this Court might dismiss this appeal for want of jurisdiction unless appellant timely filed a response demonstrating this Court's jurisdiction over the appeal. *See* TEX. R. APP. P. 42.3(a), 43.2(f). Appellant did not file a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.